UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
DOCKET NO. 5:14-MJ-2141-1RJ

| | | |
|---|---|---|
| United States Of America | ) | ORDER MODIFYING AND |
| | ) | CONTINUING SUPERVISION |
| vs. | ) | |
| | ) | |
| Abdurrahman I. Muhammad | ) | |
| | ) | |

On December 10, 2014, Abdurrahman I. Muhammad appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Level 2 DWI was sentenced to 12 months of probation.

From evidence presented at the revocation hearing on June 23, 2015, the court finds as a fact that Abdurrahman I. Muhammad, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Failure to participate as directed by the probation officer in a cognitive behavioral program.
2. Using a controlled substance.
3. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be continued under the original terms and conditions imposed in this case with the following modifications:

1. The defendant shall be committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 30 days.

2. The defendant shall participate as directed by the probation officer in a mental health program.

**IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 23rd day of June, 2015.

James E. Gates
U.S. Magistrate Judge