| | | |
|---|---|---|
| **United States Of America** | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| **Abdurrahman I. Muhammad** | ) | |
| | ) | |

On December 10, 2014, Abdurrahman I. Muhammad appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Level Two DWI was sentenced to 12 months of probation.

From evidence presented at the revocation hearing on June 30, 2016, the court finds as a fact that Abdurrahman I. Muhammad, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 5 months.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 30th day of June, 2016.

James E. Gates
U.S. Magistrate Judge